

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2022

No. 04-22-00072-CV

**JMI CONTRACTORS, LLC**,
Appellant

v.

Jose Manuel **MEDELLIN**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-05983
Honorable Aaron Haas, Judge Presiding

# O R D E R

Appellee's brief was due by September 29, 2022. On September 28, 2022, appellee filed an unopposed motion seeking an extension of time until November 1, 2022 to file his brief. After consideration, we **grant** the motion and **order** appellee's brief due **by November 1, 2022**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court